# FINANCIAL DISCLOSURE REPORT

AD-10
Rev. 1/91

Report Required by the Ethics
Reform Act of 1989, Pub. L. No.
101-194, November 30, 1989
(5 U.S.C.A. App. 6, §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rovner, Ilana D. | Seventh United States Circuit Court of Appeals | June 22, 1992 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge of the Seventh U.S. Circuit Court of Appeals | X Nomination, Date July 2, 1992 ___ Initial ___ Annual ___ Final | January 1, 1992 through June 22, 1992 |

| 7. Chambers or Office Address |
|---|
| 219 South Dearborn Street Chambers 1988 Chicago, Illinois 60604 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [X] NONE (No reportable positions) | |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements) | |
| _____ | _____ |
| _____ | _____ |

## iii. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's |
|---|---|---|
| [ ] NONE (No reportable non-investment income) | | |
| 1 Salary | Rovner & Simon, S.C. (S) | $_____ |
| 2 Salary | Administrative Office of the U.S. Courts | $_____ |
| 3 _____ | _____ | $_____ |
| 4 _____ | _____ | $_____ |
| 5 _____ | _____ | $_____ |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Rovner, Ilana D. | June 22, 1992 |

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| [X] NONE (No such reportable reimbursements or gifts) | |
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| [ ] NONE (No such reportable gifts) | | |
| 1 Union League Club | Federal Judicial Guest Privileges | $ Unknown |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| [ ] NONE (No reportable liabilities) | | |
| 1 Metropolitan Life Insurance | Policy #666602231 Loan | J |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

* VALUE CODES: J = $15,000 or less    K = $15,001 to $50,000    L = $50,001 to $100,000    M = $100,001 to $250,000
N = $250,001 to $500,000    O = $500,001 to $1,000,000    P = More than $1,000,000

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | June 22, 1992 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-37 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 Industrial Development Bank of Israel, Ltd. (S) | A | Div. | J | T | | | | | | |
| 2 Rovner & Simon Venture No. 1(S) | B | Invest | J | W | | | | | | |
| 3 Rovner & Simon S.C. Pension & Profit Sharing Plans (S) | A | None | K | W | | | | | | |
| 4 Rovner & Simon, S.C. (S) | A | None | K | U | | | | | | |
| 5 Fidelity Tax Exempt Money Fund - USA (J) | B | Div. | J | T | | | | | | |
| 6 IRA Account-Merrill-Lynch | A | Div. | J | T | | | | | | |
| 7 IRA Account-Merrill-Lynch(S) | A | Div. | J | T | | | | | | |
| 8 U.S. Savings Bonds (DC) | A | Int. | J | T | | | | | | |
| 9 Industrial Development Bank of Israel, Ltd. (DC) | A | Int. | J | T | | | | | | |
| 10 Caduceus Investment Club(S) | A | Int. | J | T | Partial Sale | | A | | | |
| 11 Philadelphia Savings | A | Int. | J | T | | | | | | |
| 12 Fidelity Cash Reserves (J) | A | Div. | J | T | | | | | | |
| 13 IRA Account - Fidelity | A | Div. | J | T | | | | | | |
| 14 IRA Account - Fidelity (S) | A | Div. | J | T | | | | | | |
| 15 IRA Account - Vanguard | A | Div. | J | T | | | | | | |
| 16 Amalgamated Bank (S) | A | None | J | T | | | | | | |
| 17 Magnetic Resonance Institute (S) | A | Invest | K | W | | | | | | |
| 18 IRA - Fidelity Management | A | Div. | J | T | | | | | | |
| 19 IRA Account - Vanguard (S) | A | Div. | J | T | | | | | | |
| 20 Lake Shore National Bank(J) | A | Int. | J | T | | | | | | |

1 Income/Gain Codes: (See Col. B1 & D4)   A=$1,000 or less   B=$1,001 to $2,500   C=$2,501 to 5,000   D=$5,001 to $15,000
B=$15,001 to $50,000   F=$50,001 to $100,000   G=$100,001 to $1,000,000   H=More than $1,000,000
2 Value Codes: (See Col. C1 & D3)   J=$15,000 or less   K=$15,001 to $50,000   L=$50,001 to $100,000   M=$100,001 to $250,000
N=$250,001 to $500,000   O=$500,001 to $1,000,000   P=More than $1,000,000
3 Value Method Codes: (See Col. C2)   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
U=Book Value   V=Other   W=Estimated



Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Rovner, Ilana D. | June 22, 1992 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) — Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 State of Israel Bonds (J) | A | Int. | J | T | | | | | |
| 2 First National Bank of Chicago | A | Int. | J | T | | | | | |
| 3 Lake Shore National Bank(DC | A | Int. | J | T | | | | | |
| 4 10 Shares Alltel Co. (DC) | A | Div. | J | T | | | | | |
| 5 IRA Account - Shearson (DC) | A | Div. | J | T | | | | | |
| 6 IRA Shearson (S) | A | Div. | J | T | | | | | |
| 7 Retirement Funds - Teachers Insurance (S) | A | Int. | J | T | | | | | |
| 8 Merrill-Lynch Ready Assets (J) | A | Div. | J | T | | | | | |
| 9 American Express Gvt. and Agency Fund (S) | A | Div. | J | T | | | | | |
| 10 IRA Fidelity Management Trust | A | Div. | J | T | | | | | |
| 11 IRA Fidelity Management Trust (S) | A | Div. | J | T | | | | | |
| 12 American Express Gvt. and Agency Fund (DC) | A | Int. | J | T | | | | | |
| 13 State of Israel Bonds (DC) | A | Int. | J | T | | | | | |
| 14 Fidelity Investments (J) | B | Div. | K | T | Note | | | | |
| 15 IRA Account - Schwab One Account (S) | A | None | N | T | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less    B=$1,001 to $2,500    C=$2,501 to 5,000    D=$5,001 to $15,000
(See Col. B1 & D4)    E=$15,001 to $50,000    F=$50,001 to $100,000    G=$100,001 to $1,000,000    H=More than $1,000,000
2 Value Codes:    J=$15,000 or less    K=$15,001 to $50,000    L=$50,001 to $100,000    M=$100,001 to $250,000
(See Col. C1 & D3)    N=$250,001 to $500,000    O=$500,001 to $1,000,000    P=more than $1,000,000
3 Value Method Codes:    Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(See Col. C2)    U=Book Value    V=Other    W=Estimated

Digitized by Google

## 74

FINANCIAL DISCLOSURE REPORT (cont'd)

Name of Person Reporting: Rovner, Ilana D.

Date of Report: June 22, 1992

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

Part VII - Page 2 - Line 14 - Fidelity Investments (J) - Brokerage Account

includes 1300 shares of First Oak Brook Bancshares.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent childre: had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported wa withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have bee: reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conferenc regulations.

Signature _____    Date July 2, 1992

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPOR MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google

**CADUCEUS INVESTMENT CLUB**

Investment Committee
Cameron
Krumlovsky
Mehn

23 June 1992
Liquidation Statement
As of Weds., 10 June 1992

Next Meeting: July 24  Av 6.25

Next
Investment Committee
Krumlovsky
Mehn
Michod

| SHARES | COST EACH | | SECURITY | MARKET VALUE | CHANGE | TOTAL COST | MARKET VALUE |
|---|---|---|---|---|---|---|---|
| 500 | 17-3/8 | 3/92 | Alkermes, Inc. | 9.000 | - 1.750 | 8,685 | 4,500 |
| 200 | 59-3/8 | 5/92 | Amgen, Inc. | 55.750 | - | 11,876 | 11,150 |
| 200 | 55-1/8 | 11/89 | Bristol-Myers | 64.500 | - 10.375 | 10,916 | 12,900 |
| 1,000 | 9-3/4 | 5/92 | Chicago Dock | 9.000 | - | 9,734 | 9,000 |
| 200 | 37-1/2 | 2/92 | General Motors | 44.375 | + 5.125 | 7,495 | 8,875 |
| 500 | 28-3/8 | 3/92 | Glaxo Holdings | 26.500 | - 1.250 | 14,185 | 13,250 |
| 200 | 65-7/8 | 7/90 | Johnson & Johnson | 90.250 | - 5.000 | 13,123 | 18,050 |
| 300 | 30-3/8 | 7/91 | Lawson Products | 27.500 | + .500 | 9,097 | 8,250 |
| 1,200 | * 31 | 7/88 | Merck & Company | 48.750 | - | 37,285 | 58,500 |
| 500 | 19-1/8 | 1/91 | Mylan Laboratories | 36.750 | + 1.750 | 9,570 | 18,375 |
| 200 | 83 | 7/90 | 3 M Company | 94.125 | - .875 | 16,585 | 18,825 |
| 600 | 16-7/8 | 2/88 | Pepsico | 35.125 | - .875 | 12,960 | 21,075 |
| 400 | ** 39-3/8 | 2/92 | Phelps Dodge | 47.000 | - | 15,726 | 18,800 |
| 200 | 78-1/2 | 2/92 | Royal Dutch | 88.750 | + 4.375 | 15,701 | 17,750 |
| | | | TLODA - Money Market | | | 7,910 | 7,910 |
| | | | Lake Shore National Bank - Savings Account | | | 510 | 510 |

\* Reflecting 3 for 1 stock split - Merck & Company
\*\* Reflecting 2 for 1 stock split - Phelps Dodge

| GAIN | | DUES | | | | Total | 215,859 | 273,970 |
|---|---|---|---|---|---|---|---|---|
| | - 630 | | 100 | | Friday, JULY 24 | *Broker | | |
| INVEST | 63 | EXPENSE | 37 | | LADIES' Party | *Bank | | 3,694 |
| NET EACH - 567 | | INVEST | 63 | | 6 PM | *Total | | 277,664 |
| | | | | | WESTMORELAND | *1 sh. now (19) | | 14,614 |
| | | | | | | *1 sh. last (19) | | 15,244 |
| | | | | | | *Net Change | | - 630 |

| DIVIDENDS | | | BALANCE | | | |
|---|---|---|---|---|---|---|
| May Dividends | | | CREDITS | | DEBITS | |
| Bristol-Myers | 138.00 | April savings | 510.26 | May savings | 510.26 |
| TLODA | 214.31 | April checking | 1,000.13 | May checking | 3,693.55 |
| Total | 352.31 | Dues | 1,500.00 | May Drake meeting | 706.50 |
| | | Dividends | 352.31 | Purchase of 200 shares | |
| | | TLODA sales (net) | 37,742.00 | Amgen Inc. | 11,876.00 |
| | | | | Purchase of 1,000 shares | |
| | | | | Chicago Dock | 9,734.26 |
| | | | | Angus Ray Estate | 14,584.00 |

Available to invest: $8,000

Atkinson  Becker  Cameron  del Greca  Grayhack  Kroch  Krumlovsky  Mehn  Michod

Mitchell  Morrow  Rickard  Resch  Rovner  Skom  Smith  Smyth  Wendel  Wertz  $

Digitized by Google

## 5. FINANCIAL STATEMENT

### NET WORTH
Estimated as of June 22, 1992

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | 25 | 600 | Notes payable to banks—secured | | |
| U.S. Government securities—add schedule | | | Notes payable to banks—unsecured | | |
| Listed securities—add schedule | | | Notes payable to relatives | | |
| Unlisted securities—add schedule | | | Notes payable to others | | |
| Accounts and notes receivable: | | | Accounts and bills due | 3 | 000 |
| Due from relatives and friends | | | Unpaid income tax | | |
| Due from others | | | Other unpaid tax and interest | | |
| Doubtful | | | Real estate mortgages payable—add schedule | 119 | 502 |
| Real estate owned—add schedule | 665 | 000 | Chattel mortgages and other liens payable | | |
| Real estate mortgages receivable | | | Other debts—itemize: | | |
| Autos and other personal property | 270 | 000 | Accrued Income Taxes on Estimated Appreciation of Assets | 262 | 000 |
| Cash value—life insurance | 25 | 158 | Premium Loan - Insurance Policy | 12 | 976 |
| Other assets—itemize: | | | | | |
| Stocks, Bonds & Money Funds | 53 | 928 | | . | |
| Retirement Assets | 392 | 095 | | | |
| Other Investments | 99 | 404 | Total liabilities | 397 | 478 |
| | | | Net Worth | 1 133 | 707 |
| Total Assets | 1 531 | 185 | Total liabilities and net worth | 1 531 | 185 |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | |
| As endorser, comaker or guarantor | No | | Are any assets pledged? (Add schedule.) | No | |
| On leases or contracts | No | | Are you defendant in any suits or legal actions? | No | |
| Legal Claims | No | | Have you ever taken bankruptcy? | No | |
| Provision for Federal Income Tax | No | | | | |
| Other special debt | No | | | | |



Digitized by Google